ANNA ZYLBERMAN, Also Known as ANNA SILVERT, Respondent, v. BORICH ZYLBERMAN, Also Known as BORIS SILVERT, Appellant, Impleaded with Another. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

FRANCES PATTI,. Respondent, v. ABRAHAM CIPER, Also Known as " BRET " CIPER, Appellant. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration between HENRY S. BURNHOLZ, Respondent, and MORRIS LANDAU, Appellant.— Judgment and orders so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DOOLEY, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and dismiss the information.

IRA HODES, Respondent, v. THE YOUNGSTOWN PRESSED STEEL COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

WILLIAM PASLEY, an Infant, by ANNA PASLEY, His Guardian ad Litem, and ANNA PASLEY, Appellants-Respondents, v. STEPHENS FUEL Co., INC., Defendant, Impleaded with KEARNS COAL CORP., Respondent-Appellant.— Order so far as appealed from unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

FRANK SCIALLIS and 39-45 MADISON STREET CORPORATION, Appellants, v. HARTFORD FIRE INSURANCE COMPANY, Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

RICHARD R. MAMLOK, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

KAY-BUR OPERATING Co., INC., Appellant, v. MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

ROYAL INDEMNITY COMPANY, Appellant-Respondent, v. NEW YORK CASUALTY COMPANY, Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WORLD CLOTHING EXCHANGE, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

MILTON WEINSTEIN, an Infant, by LOUIS WEINSTEIN, His Guardian ad Litem, and LOUIS WEINSTEIN, Appellants, v. JOSEPH JACOBS and Others, Respondents, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.